NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268 / Fax: 702.388.6418
jessica.oliva@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARLOWE SINGLETON,<br><br>          Defendant. | Case No. 2:19-mj-00934-BNW<br><br>**Government's Motion to Unseal Petition and Warrant (ECF 1)** |

On December 9, 2019, Defendant Marlowe Singleton made her initial appearance in this District based on a Petition for Violation issued in another District. ECF 2. On December 10, 2019, the Court ordered this case unsealed, but kept sealed the Rule 5(c)(3) documents (*i.e.*, the Petition for Violation and Warrant, filed at ECF 1) received as to Marlowe Singleton. ECF 4. Also on December 10, 2019, the Court ordered the Bureau of Prisons to conduct an evaluation of Marlowe Singleton pursuant to 18 U.S.C. § 4241. ECF 3.

On January 13, 2019, Dr. Ryan Nybo contacted the undersigned AUSA to request a copy of the underlying documents in this case. Dr. Nybo explained the reason for his request is that a part of the evaluation process involves asking the person being evaluated about their understanding of the underlying case.

1  In order to provide a copy of these documents to Dr. Nybo, the Government
2  respectfully moves this Court for an Order unsealing the documents filed at ECF 1 in this
3  case. The defense, through AFPD Brian Pugh, has indicated to the Government it does not
4  object to this motion.
5  Respectfully submitted this 16th day of January, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARLOWE SINGLETON,<br><br>　　　　Defendant. | Case No. 2:19-mj-00934-BNW |

### [Proposed] Order Granting Government's
### Motion to Unseal Petition and Warrant (ECF 1)

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Petition for Violation and Warrant filed at ECF 1 in the above-captioned case shall be unsealed.

DATED this 17th day of January, 2020.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that on January 16, 2020, I electronically served on Counsel of Record the foregoing **Government's Motion to Unseal Petition and Warrant (ECF 1)** by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney