Case 2:20-cr-00030-JAD-BNW   Document 39   Filed 08/14/20   Page 1 of 1

FILED _____  RECEIVED
_____ ENTERED  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 14 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLOWE SINGLETON<br><br>Defendant. | Case No.  2:20-cr-030-JAD-BNW<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |

I understand that I have a right to appear in person in court at the status conference in this case scheduled for August 14, 2020. I have been advised of the nature of these proceedings and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/ Brian Pugh for Marlowe Singleton 8/13/20
Defendant's Signature                  (date)

/s/ Brian Pugh                          8/13/20
Signature of Defendant's Attorney    (date)

Brian Pugh
Printed Name of Defendant's Attorney

_____
Judge's Signature                    (date)

Brenda Weksler, U.S. Magistrate Judge
Judge's Printed Name and Title